[Nos. 38950-5-I; 39085-6-I.  Division One.  May 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
SAYSAMONES S. XAYKOSY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent* v. KAREN A.
REYES, *Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 96-8-02268-5, 96-8-02271-5, Robert S. Lasnik,
J., entered June 27, 1996 and July 26, 1997. *Affirmed* by
unpublished opinion per Webster, J., concurred in by
Coleman and Cox, JJ.


[No. 39128-3-I.  Division One.  May 12, 1997.]

FREDERICK RUPERT, ET AL., *Appellants*, v. KING
COUNTY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 96-2-10773-5, Jim Bates, J., entered July 2,
1996. *Affirmed* by unpublished per curiam opinion.


[No. 14660-0-III.  Division Three.  May 13, 1997.]

GENE H. JONES, ET AL., *Respondents*, v. LLOYD L.
HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Aso-
tin County, No. 94-2-00134-1, John M. Lyden, J., entered
January 17, 1995. *Reversed* by unpublished opinion per
Munson, J. Pro Tem., concurred in by Schultheis, A.C.J.,
and Thompson, J.


[No. 14788-6-III.  Division Three.  May 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN
BRIAN COOK, *Appellant.*

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 94-1-50268-8, Craig Matheson, J., entered
March 21, 1995. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Sweeney, C.J., and Thomp-
son, J.